**Order entered April 15, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-20-00157-CV

**JUSTINA MAGALLON, Appellant**

**V.**

**RAMON MAGALLON, Appellee**

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-02829**

### ORDER

Before the Court is appellant's motion to extend time to file her brief. We

**GRANT** the motion and **ORDER** the brief received by the Clerk of the Court

April 13, 2020 filed as of the date of this order.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE